```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40440
     LAVONNE DENYNE MORRIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
     SSN XXX-XX-0606


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/01/2004 and was confirmed 12/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 05/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED         14900.00        1955.48       11429.09
AMERICREDIT FINANCIAL SV  UNSECURED        1257.30            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED           .00            .00
ECMC                      UNSECURED        1986.25            .00            .00
ORCHARD BANK              UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         992.97            .00            .00
PROVIDIAN                 NOTICE ONLY     NOT FILED           .00            .00
SPIEGEL                   UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         790.50            .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                          971.59
DEBTOR REFUND             REFUND                                           193.82

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              17,249.98

PRIORITY                                        .00
SECURED                                   11,429.09
    INTEREST                               1,955.48
UNSECURED                                       .00
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         971.59
DEBTOR REFUND                                193.82
                   ---------------    ---------------
TOTALS               17,249.98            17,249.98

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 40440 LAVONNE DENYNE MORRIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 08/20/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```